**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PEDRO VAZQUEZ CHONA,

Petitioner

v.

THE NEVADA SOUTHERN DETENTION CENTER, et al.,

Respondents.

Case No. 2:26-cv-02145-APG-BNW

**Order Dismissing and Closing Duplicative Proceeding**

Petitioner Pedro Vazquez Chona, an immigration detainee who is challenging his ongoing federal detention at Nevada Southern Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241, an application for leave to proceed in forma pauperis, and an emergency motion for a temporary restraining order (TRO). ECF Nos. 1-1, 1, 1-4. One day before Petitioner initiated this case, he filed another habeas proceeding by submitting a substantially similar § 2241 petition and emergency motion for TRO challenging his immigration detention. *See Chona v. Mattos*, Case No. 2:26-cv-02141-APG-MDC. Because the petition and motion in this case are substantially identical to those filed in the 02141 case, I find this is an independent basis to dismiss this case without prejudice and without leave to amend. *Cf. Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (explaining that district courts are empowered to dismiss a civil complaint that merely repeats pending or previously litigated claims). But I note that the immigration documents that Petitioner filed in this case are clearer versions of the documents that he filed in his 02141 case. So I will direct the Clerk of Court to

detach and file those documents—under seal against public view because they contain personally identifiable information[1]—in the 02141 case.

I THEREFORE ORDER that Pedro Vazquez Chona's duplicate habeas proceeding is **DISMISSED without prejudice** to his ability to pursue relief in his earlier filed habeas proceeding styled *Chona v. Mattos*, Case No. 2:26-cv-02141-APG-MDC, and his petition **(ECF No. 1-1) and** emergency motion for a temporary restraining order **(ECF No. 1-4) are DENIED**.

The Clerk of Court is directed to detach the Exhibits at ECF No. 1-1 at 19–22 in this case, file them under seal in Case No. 2:26-cv-02141-APG-MDC, and maintain the public seal of those documents until further court order.

The Clerk of Court is further directed to close this case. No other documents may be filed in this now-closed case.

Dated: July 16, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) (explaining the good-cause and compelling-reason standards for sealing judicial records and documents); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016) (applying the compelling-reasons standard to exhibits to an injunctive-relief motion that is "more than tangentially related to the merits of [the] case").